UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE:

DITECH HOLDING CORPORATION,

                Debtor.

KEVIN G. SNYDER and ESTATE OF MARY S. SNYDER,

                Appellants,

-against-

CONSUMER CLAIMS TRUSTEE,

                Appellee.

23-CV-10254 (JGLC)

**ORDER**

JESSICA G. L. CLARKE, United States District Judge:

This bankruptcy appeal has been assigned to me for all purposes. The briefing schedule provided in the Federal Rules of Bankruptcy Procedures, specifically in Rule 8018, is not excused and is hereby adopted. The parties are advised that oral argument will not be held unless and until the Court orders otherwise.

Dated: November 27, 2023
       New York, New York

SO ORDERED.

*Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge