**LV2APPEAL, SANCTIONS, MEGA, RELATED, Lead, CLMAGT, SealedDoc, SchedF, PENAP, 727ap, APPEAL, MDisCs**

# U.S. Bankruptcy Court
## Southern District of New York (Manhattan)
### Bankruptcy Petition #: 19–10412–jlg

*Assigned to:* Judge James L. Garrity Jr.
Chapter 11
Voluntary
Asset

*Date filed:* 02/11/2019
*Plan confirmed:* 09/26/2019
*Deadline for filing claims:* 06/03/2019

| | |
|---|---|
| *Debtor* <br> **Ditech Holding Corporation,** *et al* <br> 3000 Bayport Drive <br> Suite 985 <br> Tampa, FL 33607 <br> MONTGOMERY–PA <br> Tax ID / EIN: 13–3950486 <br> *aka* **Walter Investment Management Corp.** | represented by **Debra L Felder** <br> Orrick, Herrington & Sutcliffe LLP <br> 1152 15th Street, N.W. <br> Washington, DC 20005 <br> 202–339–8400 <br> Email: dfelder@orrick.com <br><br> **Thomas C. Mitchell** <br> Orrick, Herrington & Sutcliffe LLP <br> The Orrick Building <br> 405 Howard Street <br> San Francisco, CA 94105 <br> 415–773–5700 <br> Email: tmitchell@orrick.com <br><br> **Ray C Schrock** <br> Weil, Gotshal & Manges LLP <br> 767 Fifth Avenue <br> New York, NY 10153 <br> 212–310–8000 <br> Fax : 212–310–8007 <br> Email: ray.schrock@weil.com <br><br> **Sunny Singh** <br> Simpson Thacher & Bartlett LLP <br> 425 Lexington Avenue <br> New York, NY 10017 <br> 212–455–3470 <br> Email: sunny.singh@stblaw.com <br> *TERMINATED: 07/10/2023* <br><br> **Richard W. Slack** <br> Weil, Gotshal & Manges, LLP <br> 767 Fifth Avenue <br> New York, NY 10163 <br> (212) 310–8000 <br> Fax : (212) 310–8888 <br> Email: richard.slack@weil.com <br><br> **Ehret A. Van Horn** <br> Gross Polowy LLC <br> 1775 Wehrle Drive <br> Suite 100 <br> Williamsville, NY 14221 |

|  |  |
|---|---|
| | (716) 204–1762<br>Email: ecfnotices@grosspolowy.com |
| *U.S. Trustee*<br>**United States Trustee**<br>Office of the United States Trustee – NY<br>Alexander Hamilton Custom House<br>One Bowling Green, Room 534<br>New York, NY 10004–1408<br>(212) 510–0500 | represented by **Benjamin J. Higgins**<br>Office of the United States Trustee<br>201 Varick Street, Room 1006<br>New York, NY 10014<br>212–510–0500<br>Fax : 212–668–2255<br>Email: benjamin.j.higgins@usdoj.gov |
| | **Greg M. Zipes**<br>DOJ–Ust<br>Alexander Hamilton Custom House<br>One Bowling Green<br>Ste 534<br>New York, NY 10004<br>212–510–0500<br>Email: greg.zipes@usdoj.gov |
| *Claims and Noticing Agent*<br>**Epiq Corporate Restructuring, LLC Claims Agent**<br>(f/k/a Bankruptcy Services LLC)<br>777 Third Avenue<br>12th Floor<br>www.epiqglobal.com<br>New York, NY 10017<br>646–282–2500 | |
| *Consumer Privacy Ombudsman*<br>**Elise S. Frejka**<br>Frejka PLLC<br>420 Lexington Avenue – Suite 310<br>New York, NY 10170<br>212–641–0800 | represented by **Elise S. Frejka**<br>Frejka PLLC<br>415 East 52nd Street<br>Suite 3<br>New York, NY 10022<br>212–641–0800<br>Email: efrejka@frejka.com |
| *Creditor Committee*<br>**Official Committee of Unsecured Creditors** | represented by **Robert J. Feinstein**<br>Pachulski Stang Ziehl & Jones LLP<br>780 Third Avenue<br>34th Floor<br>New York, NY 10017–2024<br>(212) 561–7700<br>Fax : (212) 561–7777<br>Email: rfeinstein@pszjlaw.com |
| | **Robert N. Michaelson**<br>Rich Michaelson Magaliff Moser, LLP<br>335 Madison Avenue<br>9th Floor<br>New York, NY 10017<br>646–453–7853<br>Fax : 212–913–9642<br>Email: bob.michaelson@advisorytgllc.com |
| | **Bradford J. Sandler**<br>Pachulski Stang Ziehl & Jones LLP<br>919 N. Market Street<br>17th Floor<br>Wilmington, DE 19899–8705<br>(302) 652–4100 |

Fax : (302) 652–4400  
Email: bsandler@pszjlaw.com

| Filing Date | # | Docket Text |
|---|---|---|
| 02/22/2019 | 90 | Order signed on 2/21/2019 Granting Motion to Set Last Day to File Proofs of Claim.(Related Doc # 5) **Proofs of Claim due by 4/1/2019** (Rodriguez, Willie) (Entered: 02/22/2019) |
| 05/02/2019 | 496 | Order signed on 4/30/2019 Further Extending General Bar Date for Filing Proofs of Claim for Consumer Borrowers Nunc Pro Tunc. (related document(s)468) (Rodriguez, Willie) (Entered: 05/02/2019) |
| 09/22/2019 | 1326 | Chapter 11 Plan / *Third Amended Joint Chapter 11 Plan of Ditech Holding Corporation and Its Affiliated Debtors* (related document(s)1325) filed by Sunny Singh on behalf of Ditech Holding Corporation. with hearing to be held on 9/25/2019 at 11:00 AM at Courtroom 601 (JLG) (Singh, Sunny) (Entered: 09/22/2019) |
| 09/30/2019 | 1449 | Statement / *Notice of (I) Entry of Order Confirming Third Amended Joint Chapter 11 Plan of Ditech Holding Corporation and Its Affiliated Debtors, (II) Occurrence of Effective Date, and (III) Final Deadline for Filing Administrative Expense Claims* (related document(s)1326, 1404) filed by Sunny Singh on behalf of Ditech Holding Corporation. (Singh, Sunny) (Entered: 09/30/2019) |
| 11/19/2019 | 1632 | Order signed on 11/18/2019 Approving (I) Claims Objection Procedures and (II) Claim Hearing Procedures. (Related Doc # 1530) (Rodriguez, Willie) (Entered: 11/19/2019) |
| 08/25/2020 | 2808 | Order signed on 8/19/2020 Granting Consumer Claim Trustee's Twenty–Seventh Omnibus Objection to Proofs of Claim (Duplicate or Amended Unsecured Consumer Creditor Claims). (Related Doc # 2545) (Rodriguez, Willie) (Entered: 08/25/2020) |
| 09/18/2020 | 2837 | Motion for Omnibus Objection to Claim(s) / *Consumer Claims Trustee's Twenty–Ninth Omnibus Objection to Proofs of Claim (Insufficient Legal Basis Unsecured Consumer Creditor Claims)* with hearing to be held on 10/29/2020 at 11:00 AM at Courtroom 601 (JLG) Responses due by 10/16/2020, filed by Richard B. Levin on behalf of Consumer Claims Trustee. (Levin, Richard) (Entered: 09/18/2020) |
| 10/13/2020 | 2879 | Response to Motion (related document(s)2837) filed by Jason Scott Luck on behalf of Kevin G. Snyder. (Attachments: # 1 Appendix # 2 Exhibit – Declaration of Attorneys Fees) (Luck, Jason) (Entered: 10/13/2020) |
| 02/22/2022 | 3903 | Order signed on 2/19/2022 Granting Entry of Final Decree (I) Closing Subsidiary Cases; and (II) Granting Related Relief. (Related Doc # 3798) (Rodriguez, Willie) (Entered: 02/22/2022) |
| 03/23/2023 | 4650 | Motion to Approve /*Consumer Claims Trustee's Omnibus Motion to Estimate for Purposes of Distribution Reserves and to Classify Certain Proofs of Claim* filed by Richard B. Levin on behalf of Consumer Claims Trustee with hearing to be held on 4/27/2023 at 11:00 AM at Courtroom 723 (JLG) Responses due by 4/13/2023,. (Levin, Richard) (Entered: 03/23/2023) |

| | | | |
|---|---|---|---|
| 04/10/2023 | | 4686 | Opposition *to motion to classify/set reserves as to claim 20043* (related document(s)4650) filed by Jason Scott Luck on behalf of Kevin G. Snyder. (Attachments: # 1 Exhibit A – 10/10/2021 Order of Sale # 2 Exhibit B – 04/23/2019 Order of Foreclosure # 3 Exhibit C – 03/21/2022 Deed # 4 Exhibit – Declaration of Jason Luck) (Luck, Jason) (Entered: 04/10/2023) |
| 06/13/2023 | | 4784 | Reply to Motion */ Reply of the Consumer Claims Trustee in Support of the Twenty−Ninth Omnibus Objection With Respect to the Claim of Kevin Snyder and the Estate of Mary Snyder (Claim No. 20043) and the Related Motion to Estimate* (related document(s)2837, 4650) filed by Richard B. Levin on behalf of Consumer Claims Trustee. (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C # 4 Exhibit D # 5 Exhibit E # 6 Exhibit F # 7 Exhibit G # 8 Exhibit H # 9 Exhibit I # 10 Exhibit J # 11 Exhibit K # 12 Exhibit L) (Levin, Richard) (Entered: 06/13/2023) |
| 06/22/2023 | | 4791 | Sur−Reply to Motion filed by Jason Scott Luck on behalf of Kevin G. Snyder. (Attachments: # 1 Motion for Leave to File Surreply) (Luck, Jason) (Entered: 06/22/2023) |
| 07/06/2023 | | 4799 | Transcript regarding Hearing Held on 6/29/2023 at 11:07am RE: Case Conference, Status Report; et al. Remote electronic access to the transcript is restricted until 10/4/2023. The transcript may be viewed at the Bankruptcy Court Clerks Office. [Transcription Service Agency: Veritext Legal Solutions.]. (See the Courts Website for contact information for the Transcription Service Agency.) (RE: related document(s) 3264, 2837, 4650, 4002, 3620, 3805, 57, 3677). Notice of Intent to Request Redaction Deadline Due By 7/13/2023. Statement of Redaction Request Due By 7/27/2023. Redacted Transcript Submission Due By 8/7/2023. Transcript access will be restricted through 10/4/2023. (Garcia, Pedro) (Entered: 07/06/2023) |
| 11/07/2023 | | 4914 | Memorandum Decision and Order signed on 11/7/2023 Sustaining The Consumer Claims Trustee's Twenty−Ninth Omnibus objection with respect to the Proof of Claim filed by Kevin Snyder and The Estate of Mary Snyder. (related document(s)2837, 4650) (Rodriguez, Willie) (Entered: 11/07/2023) |
| 11/15/2023 | | 4920 | Notice of Appeal (related document(s)4914) filed by Jason Scott Luck on behalf of Kevin G. Snyder. Appellant Designation due by 11/29/2023, (Attachments: # 1 Exhibit A – Memorandum Decision and Order # 2 Exhibit B – Form 417A # 3 Exhibit C – Parties and Attorneys # 4 Exhibit D – Civil Cover Sheet)(Luck, Jason) (Entered: 11/15/2023) |
| 11/16/2023 | | 4923 | Statement of Issues *and Designation of Matter* (related document(s)4920) filed by Jason Scott Luck on behalf of Kevin G. Snyder. (Luck, Jason) (Entered: 11/16/2023) |