# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X
In re: DITECH HOLDING CORPORATION, et al.,

                        Debtors.
------------------------------------------------------------------X
KEVIN G. SNYDER and THE ESTATE OF MARY S. SNYDER,

                        Appellants,                        23 **CIVIL** 10254 (JGLC)

         -against-                                                **<u>JUDGMENT</u>**

CONSUMER CLAIMS TRUSTEE, et al.,

                        Appellees.
------------------------------------------------------------------X

It is, **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated November 7, 2024, the Bankruptcy Court's Order is AFFIRMED; accordingly, the case is closed.

**Dated:** New York, New York
           November 8, 2024

                                                        **DANIEL ORTIZ**
                                                        **Acting Clerk of Court**

                         **BY:**     *K. Mango*

                                                        **Deputy Clerk**